893 So.2d 870 (2005)
STATE ex rel. Louis SIMMONS, Jr.
v.
STATE of Louisiana.
No. 2004-KH-0242.
Supreme Court of Louisiana.
February 4, 2005.
In re Simmons, Louis Jr.;  Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Orleans, Criminal District Court Div. F, No. 404-146; to the Court of Appeal, Fourth Circuit, No. 2003-K-1868.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), *871 660 So.2d 1189; State v. Parker, 98-0256 (La.5/8/98), 711 So.2d 694.